# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON RUTAN PAPPAS, | Case No. EDCV 14-0432 CJC (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| AMY MILLER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED without prejudice.

DATED:  August 6 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE